IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION



| | | |
|---|---|---|
| REBECCA LONG, INDIVIDUALLY AND ON BEHALF OF SIMILARLY SITUATED PERSONS, PLAINTIFF, | § § § § § | |
| V. | § | CAUSE NO. 1:22-CV-591-LY |
| | § | |
| B4 PIZZA, LLC AND MASON BURNHAM, DEFENDANTS. | § § § § | |

## ORDER CLOSING CASE

Before the court is the above entitled cause. On September 1, 2022, Plaintiff filed a Notice of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) (Doc. #5), dismissing all claims against Defendants without prejudice. Accordingly,

**IT IS HEREBY ORDERED** that the case is **CLOSED**.

SIGNED this _6th_ day of September, 2022.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE